UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:01-CR-17-BO
No. 2:12-CV-39-BO

THEODORE LEON OVERTON,            )
                                  )
            Petitioner,           )
                                  )
      v.                          )    **ORDER TO SEAL**
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )


Upon motion of the United States, it is hereby ORDERED Docket Entry Number 25 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 𝟚𝟜 day of 𝘈𝘶𝘨𝘶𝘴𝘵, 2012.


_____
TERRENCE W. BOYLE
United States District Judge